[No. 1100-1.   Division One—Panel 2.   November 6, 1972.]

RAYMOND E. UMBAUGH, *Respondent,* v. GEORGE W. THOMAS *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 712848, D. Van Fredenberg, J. Pro Tem., en-

tered October 13, 1970. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, A.C.J., and Swanson, J.